In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by Erie Railroad Company Known as East Rathbone (Lower Rathbone) and Younger (Upper Rathbone) Crossings Located Respectively About Three Hundred Feet South and About Four-Tenths Mile North of Rathbone Station in the Town of Rathbone, Steuben County.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE PORSLEY, Respondent, v. LUDWIK PRZYSTAL and Others, Appellants.—

Motion granted and appeal dismissed, with costs. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.